## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

DWAYNE ANDERSON,

      Plaintiff,

                                 Case: 1:22–cv–01939 JURY DEMAND
                                 Assigned To : Unassigned

Vs.                                   Assign. Date : 7/1/2022

JOSEPH R. BIDEN, MERRICK B.       Description: Pro Se Gen. Civ. (F–DECK)

GARLAND, AND KRISTEN CLARKE,

      Defendants.

---

## BIVENS ACTION

---

## JURISDICTION

This is a Bivens Action under Bivens v. Six Unknown Narcotics Agents for the deprivation of my rights secured by the Constitution of the United Sates.

## VENUE

Venue is proper because the violations occurred within this Court's jurisdiction.

## STATEMENT OF THE FACTS

On March 10, 2022, I, Dwayne Anderson, the Plaintiff, had to file with the United States Department of Justice (DOJ), via the online app called "Messenger," a notification of its longstanding willful, conspiratorial, criminal, and designed acts of covering up any and all of my respective requests for criminal civil rights violations of my federally protected rights and the longstanding massive corruption involving a multitude of State and Federal officials in connection with my various filed civil actions, my State and Federal Habeas Corpuses, my State and Federal Grand Jury applications, and my Application for Executive Clemency filed with the Governor of State of Tennessee, Bill Lee, to be duly exonerated on my 2012 wrongful conviction

by the former Shelby County Criminal Court judge and-now federal judge, John T. Fowlkes, Jr., while acting in concert with the current Shelby County District Attorney General, Amy P. Weirich,  by U.S. Attorney General Eric Holder to the current U.S. Attorney General, defendant Merrick Garland. My said notification pointed out to the DOJ that the deputy clerks of the United States Supreme Court Jacob C. Travers and Susan Frimprong had willfully, conspiratorially, criminally, and designedly prevented my respective Applications for An Independent Counsel, pursuant to 28 U.S.C. 593, from being filed with Division of the Court, of the United States Supreme Court, as a result of the DOJ's described acts, which my initial independent counsel application was filed with the Division of the Court of the United States Court of Appeals for the District of Columbia, which the Clerk of the Division of the Court  had willfully, conspiratorially, criminally, and designedly failed to acknowledge and file my said initial independent counsel application. In response to my said messenger notification, the DOJ responded, apparently on three occasions via Messenger, on March 18, 2022 stating, "We have filed investigation on Judge John T. Fowlkes; "Thanks to you this crooked judge is on his way to impeachment;" and "Nancy Grace requested that we look into; We apologize for your suffering and we will see this corrupt judge's impeached and paying restitution." Therefore, on March 18, 2022, I immediately responded, via Messenger, to what had truly appeared to me to be said Messenger response from the DOJ, stating, "Thanks; A federal agent must interview me to obtain pertinent documentary evidence." Nevertheless, the DOJ failed to respond, which prompted me to contact the DOJ on March 23, 2022, via Messenger, duly inquiring about the purported investigation into the subject matter, and had gave the DOJ a simultaneous notification of my March 21, 2022 Facebook post directed to the DOJ to also conduct a civil rights violations into the State of Iowa District Court judge, Sarah Crane, of Polk County, in connection with my civil action over which judge Crane had presided. However, the DOJ failed to respond, thereby prompting me to, via Messenger on March 25, 2022, request the DOJ to respond to my inquiries about my investigation requests. Again, the DOJ failed to respond, thereby prompted me to, via Messenger on April 5, 2022, request the DOJ to respond to my March 25, 2022 inquiry about the investigation into judge Fowlkes, which I had inadvertently failed to mention judge Crane as well. Nevertheless, the DOJ had again failed to respond.


On March 15, 2022, I had to notify defendant President Joseph R. Biden, via Facebook post, that I have shared with his office the described acts of judge Fowlkes and District Attorney General Weirich, and also judge Fowlkes's blatant and criminal attempts to intimidate me, via Messenger, to delete supporting documentary evidence of his corrupt activities in connection with my said wrongful conviction that was well known and covered up by the DOJ. Nevertheless, defendant Biden failed to respond, which prompted me to make an April 19, 2022, Facebook post to defendant Biden regarding his ignoring of such that is continuously being covered up by the DOJ. Nevertheless, defendant Biden once again failed to respond.

(2)

On May 10, 2022, I sent an email to the Civil Rights Division of the DOJ pointing out my numerous Facebook posts, on Dwayne Anderson ProjectHurt Facebook page, beginning in February, 2022, regarding the subject matters and my not knowing the authenticity of the said messages from the DOJ regarding my said requests for civil rights violations and the purported investigation into judge Fowlkes per Nancy Grace, and had therefore inquired with the civil rights division as to whether an investigation had been opened. Nevertheless, the civil rights division had failed to respond, which said civil rights division is headed by defendant Kristen Clarke, the assistant Attorney General.  Therefore, judge Fowlkes has stated in one of his direct messages to me of March 18, 2022, the following: "You are a no good judicial manipulator Dwayne Anderson; if you ever step foot in my court you will regret slandering my honorable name." At this juncture, my civil rights violation action of Dwayne Anderson v. United States Department of Housing and Urban Development, et al., Case No.: 2:22-cv-02349-JTFatc, has been deliberately sent to the U.S. District Court for the Western District of Tennessee by judge Trevor N. McFadden, of this Court, in complete disregard to my May 23, 2022 Motion in Opposition to judge McFadden's May 16, 2022 ORDER transferring my said civil action to said Memphis Federal Court, where it has deliberately been assigned to judge Fowlkes to allow that judge to retaliate and perpetuate his corrupt activities against me.

## CAUSES OF ACTION

The described acts of defendants Garland, Biden, and Clarke were willful, conspiratorial, criminal, and designed to continue the cover up of the subject massive corruption that has violated my civil rights for a number of years and to allow such to continue with a potential retaliation against me, thereby constituting a violation of my First Amendment right to petition the Government for the wrong visited upon me and to access the Grand Jury and Courts, and Fourteenth Amendment right to due process of notice and an opportunity to be heard, and equal protection of the law to the United States Constitution; racial discrimination, in violations of 42 U.S.C. 1981; and conspiracy, in violations of 42 U.S.C. 1985.

## RELIEF REQUESTED

Issue a permanent injunction enjoining all of the defendants described acts.

Award me compensatory damages in the amount of $25,000,000 dollars, jointly and severally against the named defendants for the physical, mental, and emotional damages I sustained as a result.

(3)

Award me $25,000,000 in punitive damages against the named defendants.

A jury trial on all issues triable.

I reserve the right to amend to the instant complaint.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: June 22, 2022.

DWAYNE ANDERSON

383 POPLAR AVENUE

MEMPHIS, TN. 38105

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent on this 22nd day of JUNE, 2022, via prepaid first-class postage to:

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

OFFICE OF THE CLERK

333 CONSTITUTION AVENUE, ROOM 1225

WASHINGTON, D.C 20001

DWAYNE ANDERSON

(4)

DUWAYNE ANDERSON
383 POPLAR AVENUE
MEMPHIS TN. 38105

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
333 CONSTITUTION AVENUE, NW
WASHINGTON, D.C. 20001





U.S. POSTAGE PAID
FCM LG ENV
MEMPHIS, TN
38103
JUN 22, 22
AMOUNT
$1.76
R2305M144032-21

1000

20001